UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Primrose Retirement Communities, L.L.C., et al., | ) ) | CASE NO 1:19CV1771 |
| Plaintiffs, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) ) | **NOTICE TO WITHDRAW THE MOTION TO VOLUNTARY DISMISS** |
| Omni Construction Company, Inc., et al., | ) ) ) | **COUNTS VII AND VIII OF THE COMPLAINT AND DEFENDANT FIDELITY AND DEPOSIT COMPANY** |
| Defendants. | ) ) | **OF MARYLAND, WITH PREJUDICE** |

Plaintiffs, Primrose Retirement Communities, LLC and Jefferson City Retirement, LLC, hereby withdraw their Motion to Voluntary Dismiss Counts VII and VIII of the Complaint and Defendant Fidelity and Deposit Company of Maryland, with Prejudice [Doc. #30].

Respectfully submitted,

 /s/ Tami Hart Kirby
Tami Hart Kirby, Esq. (0078473)
Cassandra Andres Rice, Esq. (0090102)
PORTER WRIGHT MORRIS & ARTHUR LLP
One South Main Street, Suite 1600
Dayton, Ohio 45402-2028
Telephone: (937) 449-6721
Facsimile: (937) 449-6820
E-mail: tkirby@porterwright.com
 crice@porterwright.com

-and-

Mark W. McNeary
(Admitted Pro Hac Vice)
815 N. 2nd Street, P.O. Box 1359
Aberdeen, South Dakota 57402-1359
Phone: 605-725-3970
Fax: 605-226-2521
Email: mcneary@primroseretirement.com

-and-

Ronald J. Hall
(Admitted Pro Hac Vice)
Hall Law Firm
405 Eighth Avenue, NW Ste. 327
Aberdeen, South Dakota 57401-2715
Phone: 605-225-1652
Facsimile: 605-225-0761
Email: ron@rhalllaw

*Attorneys for Plaintiffs Primrose Retirement Communities, L.L.C. and Jefferson City Retirement, L.L.C*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered via the Court's electronic filing system upon all counsel of record on this 28th day of April, 2020.

/s/ Tami Hart Kirby
Tami Hart Kirby, Esq. (0078473)

13309640v1